**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 95-7375**

———————————

WILLIAM THOMAS EALEY, JR.,

Plaintiff - Appellant,

versus

CHARLES HAWLEY; THOMAS BREEDLOVE; JANE DOE;
JOHN KEKU, Doctor; DOCTOR LITES; DOCTOR
BALOCH; DOCTOR SMITH; DOCTOR DANIELS; JOHN
DOE; DOCTOR DAVENPORT; MS. KELLY; DOCTOR SHAH;
V. L. EVANS; PERCY DAVIS; MR. BATTEN; LYNN
PHILLIPS,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, District Judge. (CA-95-490-CT-H)

———————————

Submitted: December 14, 1995     Decided: January 17, 1996

———————————

Before ERVIN, Chief Judge, and WIDENER and WILKINS, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

William Thomas Ealey, Jr., Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Ealey v. Hawley, No. CA-95-490-CT-H (E.D.N.C. Aug. 23, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED